# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JASON WEISTER, on behalf himself
and others similarly situated,

    Plaintiff,

v.

VANTAGE POINT AI, LLC.

    Defendant.

Case No. 8:21-cv-01250-SDM-AEP

**STIPULATED NOTICE TO WITHDRAW DEFENDANT'S MOTION FOR CONTEMPT, SANCTIONS, AND OTHER REMEDIAL RELIEF**

Plaintiff and VantagePoint stipulate to withdraw VantagePoint's motion for contempt and sanctions. After briefing VantagePoint's motion, hearing, and meeting and conferring on the matters presented at the hearing, the parties have resolved their dispute over the Court's protective order. (*See* Doc. 24-1). To support their joint request to withdraw, the parties state:

    1.    On April 18, 2023, the parties met and conferred on the scope of the parties' protective order and VantagePoint's motion, seeking to resolve their dispute without further Court intervention. (Doc. 65).

    2.    Plaintiff disclosed that Joseph Gray, who Plaintiff's counsel represents in another action against VantagePoint, revealed facts establishing his

1

right to sue a third-party company for antitrust violations that do not relate to this case or VantagePoint. Plaintiff sought to confirm that VantagePoint would not contest their right to represent him in that action.

3. While meeting and conferring, the parties came to a global resolution on that issue and all others, obviating the need to litigate VantagePoint's motion further.

4. As a result, the parties stipulate to withdraw VantagePoint's motion.

Dated: April 18, 2023.

WE SO STIPULATE

**KAUFMAN P.A.**
Avi R. Kaufman
FL Bar no. 84382
kaufman@kaufmanpa.com
Rachel E. Kaufman
FL Bar no. 87406
rachel@kaufmanpa.com
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

By: *s/Avi R. Kaufman**
*Attorneys for Plaintiff*
**with permission*

**TURKE & STRAUSS LLP**
Samuel J. Strauss (Pro hac vice)
936 North 34th Street, Suite 300
Seattle, Washington, 98103
T: (608) 237-1775
F: (608) 509-4423

WE SO STIPULATE

**WATSTEIN TEREPKA LLP**
Ryan D. Watstein
Florida Bar No. 93945
Matthew A. Keilson
Florida Bar No. 1002294
1055 Howell Mill Rd, 8th Floor
Atlanta, GA 30318
E: ryan@wtlaw.com
E: mkeilson@wtlaw.com

By: *s/ Ryan D. Watstein*
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, I filed a copy of the foregoing with the Clerk of Court via the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

By: */s/ Matthew A. Keilson*

*Counsel for Defendant*